1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

7

FOR THE EASTERN DISTRICT OF CALIFORNIA

8

FRESNO DIVISION

9

10    YOLANDA FAUBEL,

11                    Plaintiff,

12            v.

13    EQUIFAX INFORMATION SERVICES, LLC,
      AND DOES 1-10, INCLUSIVE,

14
                      Defendant.
15

Case No. 1:24-cv-01533-KES-BAM

[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR EXTENSION OF TIME

16
17        Having reviewed and considered the Parties' Joint Stipulation for Extension of Time for

18  Defendant Equifax Information Services LLC to Respond to the Complaint, and upon good cause shown,

19  it is hereby **ORDERED** that the Defendant Equifax Information Services LLC shall have up to and

20  including January 17, 2025 in which to respond to Plaintiff's Complaint.

21
22  IT IS SO ORDERED.

23    Dated:    **December 20, 2024**          /s/ Barbara A. McAuliffe
                                              UNITED STATES MAGISTRATE JUDGE
24
25
26
27
28

315031997v.1